JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>  v.<br><br>QWC PROPERTY HOLDINGS, LLC, a California Limited Liability Company;<br>DR. IKE, INC., a California Corporation; and Does 1-10<br>    Defendants. | Case: CV 15-9247-GW(FFMx)<br><br>**ORDER** |

**ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: April 18, 2016    _/s/ George H. Wu_
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE